IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02087-WYD-KLM

SAMMIE LEE DENSON,

    Plaintiff,

v.

MAJOR L. MAUFELD,
JOHN DOES 1-5,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to File Second Amended Complaint** [Docket No. 79; Filed February 28, 2011] (the "Motion"). The Motion is timely, and Defendant Maufeld does not oppose the requested relief.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Court accepts the Second Amended Complaint [Docket No. 79-1 at 2-12] for filing as of today's date.

    IT IS FURTHER **ORDERED** that Defendant Maufeld shall answer or otherwise respond to the Second Amended Complaint on or before **March 14, 2011**.

Dated: March 1, 2011