IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02087-WYD-KLM

SAMMIE LEE DENSON, JR.,

    Plaintiff,

v.

MAJOR L. MAUFELD,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Based on Plaintiff's filing of a Second Amended Complaint on March 1, 2011 [ECF No. 82], the Partial Motion to Dismiss the Amended Complaint filed by Defendant Linda Maifeld on February 4, 2011 [ECF No. 72] is **DENIED AS MOOT**.

    Dated: March 9, 2011.