IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02087-WYD-KLM

SAMMIE LEE DENSON, JR.

    Plaintiff,

v.

MAJOR L. MAIFELD, and
JOHN DOES 1-20,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend the Scheduling Order** [Docket No. 89; Filed May 5, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the deadline for the completion of discovery is extended to **August 15, 2011**.

    IT IS FURTHER **ORDERED** that the deadline for filing dispositive motions is extended to **September 15, 2011**.

    Dated: May 5, 2011