IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02087-WYD-KLM

SAMMIE LEE DENSON, JR.,

    Plaintiff,

v.

MAJOR L. MAIFELD and
JOHN DOES 1-5,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

This matter comes before the Court on Defendant's Unopposed Motion to Withdraw Consent to Jurisdiction of the Magistrate Judge filed by Defendant, filed July 28, 2011 [ECF No. 95].

It is ORDERED that Defendant's Consent to the Jurisdiction of the Magistrate Judge is WITHDRAWN.

Dated: July 28, 2011