IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02087-WYD-KLM

SAMMIE LEE DENSON, JR.,

    Plaintiff,

v.

MAJOR L. MAUFELD,

    Defendant.

---

## ORDER DISMISSING CLAIM

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal of Plaintiff's Conspiracy Claim Without Prejudice, filed October 10, 2011 [ECF No. 100]. Upon review of the stipulation and the file in this matter, it is hereby **ORDERED** that Plaintiff's Third Claim for Relief for conspiracy to effectuate a continuing violation of Plaintiff's civil rights in violation of 42 U.S.C. § 1983, is **DISMISSED WITHOUT PREJUDICE**, each party to pay his or her own attorneys fees and costs.

    Dated: October 11, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge