**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| Civil Action No.: 09-cv-02087-KLM | FTR - Reporter Deck - Courtroom C-204 Byron G. Rogers United States Courthouse |
| **Date: April 15, 2013** | Courtroom Deputy, Monique Wiles |

| | |
|---|---|
| SAMMIE LEE DENSON, JR. | Christopher Brady<br>Kathryn Reilly |
| **Plaintiff(s),** | |
| v. | |
| L. MAIFELD | Christopher Alber<br>Kristen Ruiz |
| **Defendant(s).** | |

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:  JURY TRIAL  - DAY 1**

9:03 a.m.     COURT IN SESSION

Court calls case.  Appearance of counsel.

Jury not present.

Court addresses preliminary matters with counsel.

**ORDERED:**   **Plaintiff's Motion in Limine to Exclude Any Evidence or Argument Relating to Plaintiff's Criminal Convictions** [Doc. No. 118, filed 3/28/2013] is **GRANTED.**

**ORDERED:**   In the event Plaintiff is awarded nominal damages, such damages are limited to one dollar total.

9:13 a.m.     RECESS

1:31 p.m.     COURT IN SESSION

Jury Present

Court's preliminary statements to the jury.

Jurors sworn for voir dire.

Sixteen jurors called to the jury box.

Voir Dire by the Court.

2:16 p.m.   Voir dire by Mr. Brady.

2:33 p.m.   Voir dire by Mr. Alber.

Jurors excused for cause:   1

| Plaintiff's challenges: | 100218484 |
| --- | --- |
| | 100240854 |
| | 100221257 |

| Defendant's challenges: | 100218498 |
| --- | --- |
| | 100218004 |
| | 100206879 |

| Ten Jurors sworn to try the case: | 100208088 |
| --- | --- |
| | 100203656 |
| | 100208991 |
| | 100208970 |
| | 100230036 |
| | 100221202 |
| | 100239587 |
| | 100221697 |
| | 100216585 |
| | 100214154 |

Court's preliminary instructions to the jury.

3:01 p.m.   RECESS

3:22 p.m.   COURT IN SESSION

Jury present.

3:24 p.m.   Opening statements by Mr. Brady.

3:39 p.m.   Opening statements by Ms. Ruiz.

Plaintiff's witness, Mr. Sammie Lee Denson, Jr., sworn.

| | |
|---|---|
| 3:54 p.m. | Direct examination of Mr. Sammie Lee Denson, Jr. by Mr. Brady. |

Plaintiff's Exhibit 8 is admitted.

Plaintiff's Exhibit 10 is admitted .

| | |
|---|---|
| 4:21 p.m. | Cross examination of Mr. Sammie Lee Denson, Jr. by Ms. Ruiz. |
| 4:28 p.m. | Re-direct examination of Mr. Sammie Lee Denson, Jr. by Mr. Brady. |

Witness Sammie Lee Denson, Jr. excused.

| | |
|---|---|
| 4:30 p.m. | Designation of deposition testimony of Plaintiff's witness, Kevin Milyard, read into the record. |
| 4:35 p.m. | Cross designation of deposition testimony of Plaintiff's witness, Kevin Milyard. |
| 4:36 p.m. | Designation of deposition testimony of Plaintiff's witness, Susan Jones, read into the record. |
| 4:43 p.m. | Cross designation of deposition testimony of Plaintiff's witness, Susan Jones. |
| 4:46 p.m. | Jury excused. |
| 4:48 p.m. | RECESS |

Total In-Court Time: 3 hours, 6 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.