IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02087-KLM

SAMMIE LEE DENSON,

    Plaintiff,

v.

MAJOR L. MAIFELD,

    Defendant.
_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**
_____

    IT IS **ORDERED** that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for **sixty (60) days** beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

    Dated: April 17, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge