IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02087-KLM

SAMMIE LEE DENSON,

    Plaintiff,

v.

MAJOR L. MAIFELD,

    Defendant.
_____

**FINAL JUDGMENT**
_____

This matter was tried before a jury on April 15-17, 2013. At the conclusion of the trial the jury rendered a verdict in favor of Defendant, finding by a preponderance of the evidence that Defendant did not retaliate against Plaintiff in violation of the Constitution of the United States. *See Verdict Form* [#139-1] at 1. Pursuant to and in accordance with Fed. R. Civ. P. 58(a), **FINAL JUDGMENT** is hereby entered in this matter as follows.

IT IS HEREBY **ORDERED** that **JUDGMENT is hereby entered** in favor of Defendant, each party to bear his or her own costs. This action is hereby terminated.

Dated: May 17, 2013 at Denver, Colorado.

| APPROVED AS TO FORM: | FOR THE COURT: |
|---|---|
| BY THE COURT: | JEFFREY P. COLWELL, CLERK |
| *[signature]* | By: s/ Edward P. Butler |
| Kristen L. Mix | Edward P. Butler |
| United States Magistrate Judge | Deputy Clerk |

1